**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLEN TROGDON, | )<br>) |
| Plaintiff, | )<br>)     2:14-cv-555-GMN-NJK |
| v. | )<br>) |
| NDOC HIGH DESERT STATE PRISON, | )     **ORDER**<br>) |
| Defendant. | )<br>) |
| _____ | ) |

**I.   DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has filed an application to proceed *in forma pauperis* and a motion for production of documents from the government. (ECF No. 1, 1-1). Plaintiff has not filed a complaint in this matter.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff thirty (30) days from the date of this order to submit a complaint to this Court.  The Court will defer a decision on the application to proceed *in forma pauperis* until Plaintiff submits a proper initiating document for this case.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that a decision on the application to proceed *in forma pauperis* (ECF No. 1) is deferred.

IT IS FURTHER ORDERED that the motion for production of documents by the government (ECF No. 1-1) is denied.

1         IT IS FURTHER ORDERED that Plaintiff shall submit a complaint to this Court within
2    thirty (30) days of the date of this order.
3         IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the
4    approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.
5         IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
6    dismissal of this action may result.

8         DATED: This 22nd day of May, 2014.

           _____
           NANCY J. KOPPE
           United States Magistrate Judge